# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID POZAS RAMIREZ, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>TORYUMON JAPANESE HOUSE, INC., et al.<br><br>    Defendants. | Case No. 1:21-cv-00726-TNM |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action *against all defendants with prejudice*, Plaintiff to bear his own costs and attorney's fees.

May 21, 2021                                        Respectfully submitted,

**DCWageLaw**

By: /s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiffs*